# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19 B 18280 |
| Karyn Harding-Ragland, | ) | HON. DONALD R. CASSLING |
| | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | |

## NOTICE OF MOTION

To: Thomas Hooper, Chapter 13 Trustee, 55 E. Monroe Street, STE 3850, Chicago, IL 60603;

Sandra A. Franco, Aronberg Goldgehn Davis & Garisma, 330 N. Wabash, Suite 1700 Chicago, IL 60611, representing State Bank of Texas, as successor in interest to the Federal Deposit Insurance Corporation, as Receiver for Seaway Bank and Trust Company;

See attached Service List.

PLEASE TAKE NOTICE that on May 26, 2022, at 9:30 a.m., I shall appear before the Honorable Donald R. Cassling or any judge sitting in this judge stead, and present the Motion to Approve Sale of Property, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that he served a copy of this notice and the attached motion, on each entity shown on the attached list at the address shown and by the method indicated on the list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on May 12, 2022.

                    /s/ *Andrew Ames*

                    Attorney for Debtor
                    The Semrad Law Firm, LLC
                    20 S. Clark Street, 28th Floor
                    Chicago, IL 60603
                    (312) 913-0625
                    aames@semradlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-18280<br>Northern District of Illinois<br>Eastern Division<br>Thu May 12 13:48:52 CDT 2022 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| AT&T<br>PO Box 105262<br>Atlanta, GA 30348-5262 | ATG CREDIT<br>1700 W CORTLAND ST STE 2<br>CHICAGO, IL 60622-1131 | Advocate Christ Hospital<br>4440 95th Street<br>Oak Lawn, IL 60453-2699 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CERTIFIED SERVICES INC<br>PO Box 177<br>Waukegan, IL 60079-0177 | COMENITY BANK/ASHSTWRT<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 | COMENITY BANK/CARSONS<br>1314 PINELOG ROAD<br>AIKEN, SC 29803-6072 |
| COMENITY BANK/TORRID<br>PO BOX 182685<br>COLUMBUS, OH 43218-2685 | CREDIT MANAGEMENT LP<br>PO Box 118288<br>Carrollton, TX 75011-8288 | CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV 89193-8875 |
| (p)CREDITORS' DISCOUNT & AUDIT CO    CDA<br>ATTN KEN ARMSTRONG<br>415 E MAIN ST<br>PO BOX 213<br>STREATOR IL 61364-0213 | Check n Go<br>800 N. Kedzie Ave<br>Suite #225<br>Chicago, IL 60651-4105 | (p)CHICAGO DEPARTMENT OF LAW<br>ATTN BANKRUPTCY UNIT<br>121 N LASALLE ST SUITE 400<br>CHICAGO IL 60602-1264 |
| City of Chicago - Parking and red Light Tick<br>Department of Revenue - PO Box 88292<br>Chicago, IL 60680 | City of Chicago Water Department<br>333 S State, Suite 300<br>Chicago, IL 60604-3982 | ComEd<br>3 Lincoln Center<br>Bankruptcy Section<br>Oakbrook Terrace, IL 60181-4204 |
| Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 | DIVERSIFIED<br>Po Box 1391<br>Southgate, MI 48195-0391 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 |
| Ditech Financial LLC<br>PO Box 12740<br>Tempe AZ 85284-0046 | Ditech Financial LLC<br>PO Box 6154<br>Rapid City, SD 57709 | Enterprise Car Rental<br>5012 E. Central Texas Expy<br>Killeen, TX 76543-5504 |
| FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC PO Box<br>c/o Linda Dold<br>Saint Cloud, MN 56302 | Harris & Harris LTD<br>111 West Jackson Boulevard Suite 400<br>Chicago, IL 60604-4135 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 |

| | | |
|---|---|---|
| IRS<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Illinois Lending<br>408 N. Wells<br>Chicago, IL 60610 | LVNV FUNDING LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | MIDLAND FUNDING<br>PO Box 13105<br>Roanoke, VA 24031-3105 |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 | Medical Payment Data<br>1550 N NORTWEST HWY STE 403<br>PARK RIDGE, IL 60068-1463 | (p)NATIONWIDE CREDIT AND COLLECTION INC<br>ATTN BOB BECK<br>815 COMMERCE DR<br>SUITE - 270<br>OAK BROOK IL 60523-8852 |
| NewRez LLC d/b/a Shellpoint Mortgage Servici<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Northwestern Hospital<br>P.O. Box 73690<br>Chicago, IL 60673-7690 | (p)PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH ST<br>CHICAGO IL 60601-6433 |
| PORTFOLIO RECOV ASSOC<br>POB 41067<br>Norfolk, VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Retina Associates<br>2425 W 22nd St, STE 207<br>Oak Brook, IL 60523-4623 | Rush Hospital<br>1700 W Van Buren # 161<br>Chicago, IL 60612-3228 | STATE BANK OF TEXAS<br>11950 Webb Chapel Road<br>Dallas TX 75234-7724 |
| SYNCB/JCP<br>PO BOX 965007<br>Orlando, FL 32896-5007 | SYNCB/SAMS CLUB<br>Po Box 960013<br>Orlando, FL 32896-0013 | SYNCB/TJX COS DC<br>PO BOX 965015<br>ORLANDO, FL 32896-5015 |
| Symphony of Crestwood<br>14255 S Cicero Ave<br>Midlothian, IL 60445 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | UIC Hospital<br>1740 West Taylor Street<br>Chicago, IL 60612-7232 |
| (p)VASCULAR SPECIALISTS<br>ATTN MARIA TANQUILUT<br>20060 GOVERNORS DR<br>SUITE 102<br>OLYMPIA FIELDS IL 60461-1099 | Andrew B Carroll<br>The Semrad Law Firm<br>20 S Clark Street<br>Ste Floor 28<br>Chicago, IL 60603-1811 | Anthony J Kudron<br>The Semrad Law Firm, LLC<br>20 S. Clark St., Suite 2800<br>Chicago, IL 60603-1811 |
| John P Wonais<br>Wonais Law, LLC<br>11070 S. Western Ave., STE 9<br>Chicago, IL 60643-3928 | Karyn Harding-Ragland<br>1031 W 109th Pl<br>Chicago, IL 60643-3737 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Suite 3850
Chicago, IL 60603-5764

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAPITAL ONE BANK USA N<br>PO BOX 85520<br>RICHMOND, VA 23285 | CREDITORS DISCOUNT & A<br>415 E MAIN ST<br>STREATOR, IL 61364 | City Of Chicago Department of Finance<br>C/O Arnold Scott Harris P.C.<br>111 W Jackson Blvd Suite 600<br>Chicago, IL 60604 |
| (d)City of Chicago Department of Finance<br>Utility Billing & Customer Service Divis<br>c/o  Arnold Scott Harris P.C.<br>111 W. Jackson Ste. 600<br>Chicago, IL 60604 | IDOR-Bankruptcy Section<br>PO Box 19035<br>C/O Bankruptcy Unit<br>Springfield, IL 62794 | (d)Illinois Department of Revenue<br>Bankruptcy Section, P.O. Box 19035<br>Springfield, IL 62794-9035 |
| MACYS/DSNB<br>9111 DUKE BLVD<br>MASON, OH 45040 | NATIONWIDE CREDIT & CO<br>815 COMMERCE DR STE 270<br>OAK BROOK, IL 60523 | PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601 |
| (d)Peoples Gas<br>200 E. Randolph<br>Chicago, IL 60601 | Portfolio Recovery Associates, LLC<br>c/o Ashley Stewart<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Carsons<br>POB 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>c/o Jc Penney<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Sams Club<br>POB 41067<br>Norfolk VA 23541 | Vascular Specialists<br>20060 Governors Dr<br>#10<br>Olympia Fields, IL 60461 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)NewRez LLC d/b/a Shellpoint Mortgage Servi | (u)State Bank of Texas, as successor in inter | End of Label Matrix<br>Mailable recipients    60<br>Bypassed recipients     2<br>Total                  62 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 18280 |
| Karyn Harding-Ragland, ) | HON. DONALD R. CASSLING |
| ) | CHAPTER 13 |
| ) | |
| DEBTOR. ) | |

## MOTION TO APPROVE SHORT SALE OF PROPERTY

Karyn Harding-Ragland, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, moves this Honorable Court to enter an Order approving the Debtor to proceed in the sale of property. Debtor states the following:

1. Debtor respectfully requests this Motion be heard on shortened notice.

2. On June 27, 2019, Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

3. Debtor's Chapter 13 Plan was confirmed on March 4, 2020.

4. Debtor wishes to sell the property commonly known as 1031 West 109th Place, Chicago, Illinois 60643. State Bank of Texas approved a short sale of the said property. They will release the mortgage on the property and dismiss the pending foreclosure action, provided that they receive the amount of $33,036.90. That the State Bank of Texas is requiring that the closing occurring before May 31, 2022. Please see attached Exhibit A for the letter. After all costs and taxes are paid, Debtor will receive no fund from the sale of the property,

5. Debtor has entered into an agreement to sell the property for $50,000.00. Please see attached Exhibit B for the Multi-Board Residential Real Estate Contract. Please see

attached Exhibit C for Closing Statement. Please see attached Exhibit D for the pre-approval letter of the buyer Diego Lopez.

6. Debtor respectfully requests this Honorable Court to enter an Order approving Debtor's Sale of Property located at 1031 West 109th Place, Chicago, Illinois 60643.

7. Debtor has filed the instant case in good faith.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court approve Debtor's Sale of Property located at 1031 West 109th Place, Chicago, Illinois 60643 for $50,000.00.

B. That this Motion be heard on shortened notice.

C. For such other relief as the Court deems fair and proper.

Respectfully Submitted,

*/s/ Andrew Ames*_____

Attorney for the Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625